## TUTEN v. POWELL, ET AL.

(Decided December 21, 1916.   73 South. 1002.)

APPEAL from Geneva Chancery Court.

Heard before Hon. OSCAR S. LEWIS.

W. O. MULKEY, for appellant.   C. D. CARMICHAEL, for appellee.

Per Curiam.—Appeal dismissed by agreement at cost of appellee.

---

## UNITED STATES C. I. P. & CO. v. RISTON.

(Decided December 7, 1916.   73 South. 1002.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

W. P. ACKER and COLEMAN & COLEMAN, for appellant. GOODWYN & ROSS, for appellee.

Per Curiam.—Appeal dismissed by appellant.